# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORRIE WADE, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-18-662-F |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On April 3, 2019, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation, recommending that defendant's final decision denying plaintiff's application for supplemental security income benefits should be affirmed. Magistrate Judge Jones advised the parties of their right to object to the Report and Recommendation by April 17, 2019, and further advised them that failure to make timely objection waives the right to appellate review of the factual and legal issues therein addressed.

To date, neither an objection to the Report and Recommendation nor a motion for an extension of time to file an objection has been filed by either party. With no objection to the Report and Recommendation being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The final decision of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, denying plaintiff, Corrie Wade's application for supplemental security income is **AFFIRMED**.

Judgment shall issue forthwith.

IT IS SO ORDERED this 18th day of April, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0662p001.docx